1 BARRY J. PORTMAN
Federal Public Defender
2 NED SMOCK
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant CISNEROS
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA,          )      No. CR-09-1121 DLJ
10                                   )
          Plaintiff,                 )      **STIPULATION AND ORDER**
11                                   )      **RESETTING SENTENCING DATE**
vs.                                  )
12                                   )
ULISES CISNEROS,                     )
13                                   )
          Defendant.                 )
14 _____ )

15
Sentencing in this matter is currently set for May 7, 2010.  The parties request that
16
sentencing be rescheduled for **June 4, 2010.**  Because of scheduling issues including the fact that
17
defense counsel will be unavailable for two weeks this month, the disclosure and response
18
schedule for the draft presentence report needs to be altered to allow defense counsel time to
19
respond to the draft presentence report.  The assigned probation officer is in agreement with this
20
request.
21
Dated: March 11, 2010                    /s/ Ned Smock
22                                        NED SMOCK
                                          Assistant Federal Public Defender
23

24
Dated: March 11, 2010                    /s/ Skye Davis
25                                        SKYE DAVIS
                                          Assistant United States Attorney
26

1

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the May 7, 2010 sentencing date is reset for **June 4, 2010 at 10:00 a.m.**

Dated: March  15, 2010

_____
HONORABLE D. LOWELL JENSEN
United States District Judge